RECEIVED
CHARLOTTE, N.C.
AUG - 3 2005
Clerk, U.S. DI C
W. Dist. of N C

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO. 3:93CV213 |
| | ) | (Financial Litigation Unit) |
| CHARLES & CANDY BLEVINS, | ) | |
| Defendant. | ) | |
| and | ) | |
| | ) | |
| CAROLINAS HEALTHCARE SYSTEM, | ) | |
| Garnishee. | ) | |

## DISMISSAL OF ORDER OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Garnishment filed in this case against Candy Blevins is DISMISSED.

This the 10th day of August, 2005.

*Graham C. Mullen*

UNITED STATES DISTRICT JUDGE