IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|         Plaintiff, | ) | |
| vs. | ) | CIVIL NO. 3:93CV213 |
| | ) | (Financial Litigation Unit) |
| CHARLES R. BLEVINS, and | ) | |
| CANDY L. BLEVINS, | ) | |
|         Defendants, | ) | |
| and | ) | |
| | ) | |
| MECKLENBURG COUNTY SHERIFF'S DEPT., | ) | |
| and | ) | |
| TOWN OF MATTHEWS, | ) | |
|         Garnishees. | ) | |

**DISMISSAL OF ORDER OF GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown,

it is ORDERED that the Order of Garnishment filed in this case against the defendant Charles R

Blevins is DISMISSED.

**Signed: October 4, 2005**

Graham C. Mullen
Chief United States District Judge